

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00324-CR

_____

## EX PARTE JUSTIN S. MATTHEWS

_____

## From the 19th District Court
## McLennan County, Texas
## Trial Court No. 2011-1351-C1A

_____

## MEMORANDUM OPINION

_____

Justin S. Matthews appeals from the trial court's action on Matthews' article 11.07 application for writ of habeas corpus.  *See* TEX. CODE CRIM. PROC. art. 11.07.

As an intermediate court of appeals, we have no jurisdiction of an article 11.07 proceeding.  *See id*. arts. 11.05, 11.07.  *See also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).  Accordingly, this appeal is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed October 19, 2022
Do not publish
[OT06]

